FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Vinyl Visions, LLC _____ v. Oehme _____

No. 15-1273

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:     Craig A. Oehme
                                        Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[ ] Appellant   [✓] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

Name: Andrew S. Dallmann
Law firm: Burch Dallmann LLP
Address: 96 Discovery
City, State and ZIP: Irvine, CA 92618
Telephone: 949-271-9042
Fax #: 949-724-9926
E-mail address: asd@burchdallmann.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 01/25/2008

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes  [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

1/30/15
Date

*(signature)*
Signature of pro se or counsel

cc: _____

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  1/30/15
by:

☒ US mail
☐ Fax
☐ Hand
☐ Electronic Means
    (by email or CM/ECF)

| Andrew S. Dallmann | /s/ Andrew S. Dallmann |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Hankin Patent Law

Address: 12400 Wilshire Blvd. Suite 1265

City, State, ZIP: Los Angeles CA 90025

Telephone Number: (310) 979-3600

FAX Number: (310) 979-3603

E-mail Address: marc@hankinpatentlaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.