Form 8

FORM 8.  Entry of Appearance

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Vinyl Visions, LLC _____ v. Oehme _____

No. 15-1273

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    Vinyl Visions, LLC _____
                                    Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☑ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Alan Steven Yockelson |
| Law firm: | Law Office of Alan S Yockelson |
| Address: | 11956 Bernardo Plaza Dr. #223 |
| City, State and ZIP: | San Diego, California 92128 |
| Telephone: | (949) 290-6515 |
| Fax #: | (949) 682-4826 |
| E-mail address: | yockelson@appellatelaw.net |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2015 _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

2/25/15
Date

_____
Signature of pro se or counsel

cc: All Counsel of Record for Appellant _____

123

# CERTIFICATE OF SERVICE

I certify that I prepared the attached Entry of Appearance to be filed with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system as soon as my request to file electronically in that Court has been approved and my Appellate Filer User Name and Password work in the CAFC.

In the meantime, I certify that I have served a true and correct copy of the foregoing document on all counsel of record for Defendant-Appellee in this Appeal, on this 26th day of February, 2015, by CM/ECF system and U.S. Mail.


Marc E. Hankin                                        /Marc E. Hankin/

_____          _____

Name of Counsel                                      Signature of Counsel



Law Firm:          Burch Dallmann LLP
Address:           96 Discovery
City, State, ZIP:  Irvine, California 92618
Telephone:         (949) 271-9042
Fax:               (949) 724-9926
E-mail:            asd@burchdallmann.com

Dated: February 26, 2015